UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES CONCA,<br><br>                     Plaintiff,<br><br>          v.<br><br>RJ LEE GROUP, INC., a Pennsylvania Corporation, and RICHARD LEE,<br><br>                     Defendants. | No.  4:15-CV-5017-EFS<br><br>**ORDER DISMISSING CASE** |

On May 13, 2016, the parties filed a stipulated dismissal, ECF No. 121.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation of Settlement, **ECF No. 121**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

//

/

ORDER DISMISSING CASE - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  16th  day of May 2016.

     s/Edward F. Shea
                    EDWARD F. SHEA
          Senior United States District Judge